UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20421-CMA

WINDY LUCIUS,

       Plaintiff,

v.

VIX SWIMWEAR, INC.
d/b/a ViX Paula Hermanny.

       Defendant.

_____/

## **<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, Windy Lucius, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of preparing the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this February 26, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Lucius v. ViX Swimwear**
**Case No. 24-cv-20421-CMA**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2024, an electronic copy of the foregoing

document was filed with the Clerk of Court using the CM/ECF system which will send notice of

electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**
