UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20421-CMA

WINDY LUCIUS,

     Plaintiff,

v.

VIX SWIMWEAR, INC.
d/b/a ViX Paula Hermanny.

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, under Rule 41(a), Fed. R. Civ. P., and this Court Order [DE 7], gives notice that she voluntarily dismisses this action with prejudice against, Defendant, VIX SWIMWEAR, INC, d/b/a ViX Paula Hermanny, and respectfully requests that this Court terminate the action.

Respectfully submitted this March 28, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Lucius v. ViX Swimwear**
**Case No. 24-cv-20421-CMA**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**